DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA MAHER,**
Appellant,

v.

**WILLIAM D. MAHER,**
Appellee.

No. 4D17-2968

[December 13, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 50-2010-DR-011577-XXXX-NB.

Lydia A. Worden and Jennifer E. Reisler of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellant.

Randall Burks and Robin Bresky of Law Offices of Robin Bresky, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***